# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142905(50)

COMMUNITY RESOURCE CONSULTANTS, INC.,
      Plaintiff-Appellee,

v

                                    SC: 142905
                                    COA: 293932
                                    Macomb CC: 2004-002536-CK

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
      Defendant-Appellant.
_____/

      On order of the Court, the motion for reconsideration of this Court's September 28, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

Clerk

d1219